**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

PEMA SHERPA,

               Petitioner,

Case No. 1:25-cv-09082

JUDITH ALMODOVAR, Acting Director, New York City
Field Office, US Immigration and Customs Enforcement;
TODD LYONS, Acting Director U.S. Immigrations and Customs
Enforcement;
KRISTI NOEM, U.S. Secretary of Homeland Security;
               Respondents.

---

     It is hereby Ordered that Petitioner's consent motion (ECF 4) be granted, and that this
matter be transferred to the US District Court for the Western District of Louisiana, which is the
US District Court with jurisdiction over Petitioner's place of confinement at the time this Petition
was filed.  It is further

     Ordered that the seven-day waiting period in Local Civil Rule 83.1 is waived, and the
Clerk of the Court is directed to transfer the matter forthwith; and it is further

     Ordered that this Court's Order of November 3 (ECF 2) remains in effect unless and until
the transferee court orders otherwise.

Dated: New York, New York
      November 7, 2025

*Paul A. Engelmayer*

Hon. Paul A. Engelmayer
United States District Judge